UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CIVIL ACTION NO. _____

CHARLIE L. GREGORY                                                                                            PLAINTIFF

v.

EDWIN D. JOHNSON
AND
U.S. XPRESS, INC.                                                                                            DEFENDANTS

**<u>NOTICE OF REMOVAL</u>**

      Defendants Edwin D. Johnson and U.S. Xpress, Inc., for their Notice of Removal of this action from the Bell County Circuit Court to the United States District Court for the Eastern District of Kentucky, Southern Division, at London state:

      1.      On or about December 13, 2018, Plaintiff filed a Complaint in Bell County Circuit Court, Case No. 18-CI-425 against Edwin D. Johnson ("Johnson") and U.S. Xpress, Inc. Defendant Johnson was served via Secretary of State on or about December 20, 2018. U.S. Xpress, Inc., was served via certified mail with a summons and a copy of the Complaint on or about December 20, 2018. However, prior to any Answer being filed, on January 9, 2019, Plaintiff voluntarily dismissed by stipulation the following Defendants from the lawsuit, including, Daimler Trust, U.S. Xpress Leasing, Inc., U.S. Xpress Enterprises, Inc., Dollar General Corporation, and Dollar General Partners as not being proper parties to this action. The Complaint, Voluntary Dismissal and Answer that were filed in Bell Circuit Court are attached to this Notice of Removal. The remaining two Defendants Johnson and U.S. Xpress, Inc., consent to the removal of this action to the United States District Court for the Eastern District of Kentucky, Southern Division at

London. Copies of Plaintiff's process and pleadings filed in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).

2. Charlie L. Gregory is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 18-CI-425 a citizen and resident of the Commonwealth of Kentucky.

3. U.S. Xpress, Inc. is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 18-CI-425, a Nevada Corporation with its principal place of business in Tennessee.

4. Johnson is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 18-CI425, a citizen and resident of the State of Georgia.

5. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1), and is one that Johnson and U.S. Xpress, Inc. (collectively "Defendants") may remove to this Court pursuant to 28 U.S.C. § 1441(a) as this is an action between citizens of different states.

6. The amount in controversy exceeds the sum or value of $75,000 in compensatory damages exclusive of interest and costs. Specifically, Plaintiff alleges that he sustained injuries in an accident involving a tractor trailer that required medical expenses, past and future, with temporary and permanent injuries to his body, lost time from work and his power to labor and earn money permanently impaired now and in the future, physical and mental pain and suffering which is both past and future. Plaintiff's counsel has acknowledged the alleged amount of damages exceed the sum or value of $75,000 due to damages and injuries allegedly suffered from the accident.

7. This Notice of Removal is filed within thirty (30) days after Defendants became aware of the removability of this case and prior to one year after the commencement of the action as required by 28 U.S.C. §1446(b).

8. A copy of this Notice of Removal has been filed with the Clerk for the Bell Circuit Court in the Commonwealth of Kentucky and served upon counsel of record.

Respectfully submitted,

/s/ Tracey Clemmons Smith
Tracey Clemmons Smith
GWIN STEINMETZ & BAIRD
401 W. Main Street, Suite 1000
Louisville, KY  40202
Telephone: (502) 618-5700
Fax: (502) 618-5701
tcsmith@gsblegal.com
*Counsel for Defendants Edwin D. Johnson and U.S. Xpress, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18th, 2019, I electronically filed the following with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and also sent an electronic format to Plaintiff's counsel if not a CM/ECF user to:

Jennifer F. Nagle
Nagle Law Offices
P.O. Box 248
Middlesboro, Kentucky 40965
(606) 248-2144
Facsimile (606) 248-2774
*Counsel for Plaintiff*

/s/ Tracey Clemmons Smith