UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| CHARLIE L. GREGORY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:19-CV-017-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITHOUT** |
| EDWIN D. JOHNSON, et al., ) | **PREJUDICE** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal [R. 1-2] of all claims asserted in this action by Charlie L. Gregory against defendants Daimler Trust, U.S. Xpress Leasing, Inc., U.S. Xpress Enterprises, Inc., Dollar General Corporation and Dollar General Partners. The Court considers dismissal of the claims against these defendants proper pursuant to Fed. R. Civ. P 41(a)(2). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that all claims against defendants Daimler Trust, U.S. Xpress Leasing, Inc., U.S. Xpress Enterprises, Inc., Dollar General Corporation and Dollar General Partners are **DISMISSED WITHOUT PREJUDICE.**

This the 22nd day of May, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY