UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| CHARLIE L. GREGORY,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>EDWIN D. JOHNSON AND   )<br>U.S. XPRESS, INC.,   )<br>   )<br>   Defendants.   )  | Civil Action No. 6:19-CV-017-CHB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation and Agreed Order of Dismissal [R. 25], of each of Plaintiff's claims against the Defendants in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 23rd day of October, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -